**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| DONALD WOODRUFF, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL NO. 09-22-GPM |
| | ) |
| ILLINOIS DEPARTMENT OF CORRECTIONS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge G. Patrick Murphy, and the following decision was reached:

**IT IS ORDERED** that Plaintiff Donald Woodruff shall recover nothing, and the action be **DISMISSED on the merits**.

**DATED**: 06/26/09

JUSTINE FLANAGAN, ACTING CLERK

By: s/ Linda M. McGovern
      Deputy Clerk


APPROVED: s/ *G. Patrick Murphy*
      G. Patrick Murphy
      United States District Judge